IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

IRMA IVETTE CINTRON RODRIGUEZ

DEBTOR

CASE NO 14-02605-ESL

CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

**COMES NOW, IRMA IVETTE CINTRON RODRIGUEZ**, debtor in the above captioned case through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated October 24, 2014, to include post-petition arrears payments with Oriental Bank.

**WHEREFORE** debtor respectfully requests the allowance of the requested modification of Plan dated October 24, 2014.

### NOTICE

Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Irma Ivette Cintron Rodriguez
Case No. 14-02605-ESL
Page -2-

I CERTIFY that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee and US Trustee Office; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Irma Ivette Cintron Rodriguez; and to all creditors and parties in interest in the present case.

RESPECTFULLY SUBMITTED.

In Cayey, Puerto Rico this 24th day of October, 2014.

/s/Miriam A. Murphy-Lightbourn
MIRIAM A. MURPHY LIGHTBOURN
PO BOX 372519
CAYEY, PR 00737
TEL.: 787-263-2377; (787)738-0404
FAX: 787-738-4667
EMAIL: mamurphyli82@gmail.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:

CINTRON RODRIGUEZ, IRMA IVETTE

Debtor(s)

Case No. **14-2605**

Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/24/2014**
☐ PRE ☑ POST-CONFIRMATION

☐ AMENDED PLAN DATED:
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | |
|---|---|---|---|
| $ 150.00 x | 7 = $ | 1,050.00 |
| $ 200.00 x | 45 = $ | 9,000.00 |
| $ 570.00 x | 8 = $ | 4,560.00 |
| $ x | = $ | |
| $ x | = $ | |

TOTAL: $ **14,610.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **14,610.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,661.00**

Signed: **/s/ IRMA IVETTE CINTRON RODRIGUEZ**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ORIENTAL BANK**   Cr. **ORIENTAL BANK**   Cr. ___
# **Claim 3**   # **POST-PETITION ARR**   # ___
$ **5,958.78**   $ **2,589.00**   $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**ORIENTAL BANK**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
Debtor(s) consents the LIFT of STAY in favor of FIRST BANK, NO. 6412 (Claim 1), COLLATERAL: 2010 KIA RONDO in possession of 3rd party (paid by DANELLIS MUÑOZ since 2010, see Amended Statement of Financial Affairs). Trustee will not make disbursements to First Bank, Claim 1, AS SECURED CLAIM.
DEBTOR SURRENDERS SHARES TO AEELA

Attorney for Debtor **Miriam A. Murphy Murphy Law Office** _____ Phone: **(787) 263-2377**

AMENDED CHAPTER 13 PAYMENT PLAN