UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** CARLOS TOMAS SIFONTE COLON and ERIDANIA LOPEZ DIAZ
**Case Number:** 09-05744-ESL13                                    **Chapter:** 13
**Date / Time / Room:** 09/09/2014 09:00 am osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** DARHMA ZAYAS
**Reporter / ECR:** LORI ANNIE RODRIGUEZ

## Matter:

Doc# 29 Motion for Relief From Stay Under 362 filed by Banco Popular PR With Declaration under servicemember civil relief act of 2003. Collateral: Mortgage deed and note. Post Petition Arrears: 2,959.48 + 500 .00 in legal costs and fees. Doc# 34 Debtor's reply

## Appearances:

JOSE RAMON CARRION MORALES
MIRIAM A MURPHY
JOSE A MOREDA DEL VALLE

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

__X__ Debtor shall provide adequate protection to movant by:
   __X__ curing the arrears within _90_ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within ____ days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge