IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 12-01004-MCF |
| | * | |
| JOSE ADRIAN MELENDEZ ROSADO | * | |
| MARIA VIRGEN TORRES TORRES | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

### NOTICE OF FILING AMENDED CHAPTER 13 PAYMENT PLAN

TO THE HONORABLE COURT:

COMES NOW, **JOSE ADRIAN MELENDEZ ROSADO and MARIA VIRGEN TORRES TORRES,** debtor(s) in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor(s) respectfully submits Amended Chapter 13 Payment Plan _**to correct tax refund language and surrender shares to Credicentro and Coop A/C Aibonitena.**_

2. Attached to this motion debtor submits Amended Chapter 13 Plan.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants and parties in interest, in the present case.

**RESPECTFULLY SUBMITTED**.

In Cayey, Puerto Rico this 12TH day of July, 2012.

_/s/Miriam A. Murphy Lightbourn_
**MIRIAM A. MURPHY LIGHTBOURN**
**USDC 202814**
**PO BOX 372519**
**CAYEY, PUERTO RICO 00737**
**TEL.: (787)263-2377; (787)738-0404**
**FAX: (787)738-4667**

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                             Case No. **09-11258-13**

**MELENDEZ ROSADO, JOSE ADRIAN & TORRES TORRES, MARIA VIRGEN**     Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____              ☑ AMENDED PLAN DATED: **7/12/2012**
☑ PRE ☐ POST-CONFIRMATION        Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **35** = $ **7,000.00**
$ **700.00** x **25** = $ **17,500.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **24,500.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **24,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,824.00**

Signed: **/s/ JOSE ADRIAN MELENDEZ ROSADO**
Debtor

**/s/ MARIA VIRGEN TORRES TORRES**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RELIABLE FINANCIA** Cr. _____ Cr. _____
# **A28-167210** # _____ # _____
$ **1,200.00** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to: **RELIABLE FINANCIA**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
"Tax Refunds, if any, will be devoted each year, as periodic payments, to the plan's funding until plan completion. The tender of such payments shall deem the plan modified by such amount, incrasing the base thereby without the need of further notice, hearing, or court order. If need be for the use by debtor of a portion of such refund, debtor shall seek court's authorization prior to any use of these funds."
DEBTOR SURRENDER SHARES TO CREDICENTRO AND COOP A/C AIBONITENA.

Attorney for Debtor **Miriam A. Murphy Murphy Law Office**      Phone: **(787) 263-2377**

AMENDED CHAPTER 13 PAYMENT PLAN